UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br>DONALD H. BAILEY<br>    Debtor | CHAPTER 11<br>CASE NUMBER 07-41381-LWD<br>JUDGE LAMAR W. DAVIS, JR. |
| DONALD H. BAILEY,<br>    Plaintiff,<br><br>vs.<br><br>HAKO-MED USA, INC., and<br>KAI HANSJURGENS,<br>    Defendants. | **ADVERSARY PROCEEDING NO.<br>09-04002-LWD** |

## ORDER

The foregoing matter came on regularly to be heard before the Court as to Defendants' Motion to Open the Default, both parties being represented by counsel, and good cause having been shown, **IT IS HEREBY ORDERED AS FOLLOWS:**

Defendants' motion to open the default is granted and the opening will not result in prejudice to plaintiff, and defendants' answer is allowed.

So Ordered on this _____ day of _____, 2009.

_____
This Order Prepared By:

_/s/ Karen Dove Barr_
Karen Dove Barr
Attorney for Defendants
GA Bar No. 227575
5859 Abercorn Ext., Bldg. 2
Savannah, GA  31405
tel: (912) 352-8053
fax: (912) 352-7140
karendovebarr@hotmail.com

cc: C. James McCallar, Esq.

_____
JUDGE LAMAR W. DAVIS, JR.
UNITED STATES BANKRUPTCY COURT