# In the United States Bankruptcy Court
# for the
# Southern District of Georgia
## Savannah Division

In the matter of: )
 )  Adversary Proceeding
DONALD H. BAILEY )
(Chapter 11 Case Number 07-41381) )  Number 09-4002
 )
　　　　　　*Debtor* )
 )
 )  **FILED**
DONALD H. BAILEY )  Samuel L. Kay, Clerk
 )  United States Bankruptcy Court
 )  Savannah, Georgia
　　　　　　*Plaintiff* )  By lbarnard at 2:17 pm, Jun 21, 2011
 )
v. )
 )
HAKO-MED USA, INC. )
AND )
KAI HANSJURGENS )
　　　　　　*Defendants* )

### ORDER CORRECTING MISTAKE DUE TO OVERSIGHT

This Court entered a Memorandum and Order on June 17, 2011, captioned as follows:

### MEMORANDUM AND ORDER
### ON *DEBTOR'S* AMENDED NOTICE OF APPEAL AND
### IN THE ALTERNATIVE MOTION FOR EXTENSION OF TIME
### TO FILE APPEAL OR ACCEPT BELATED APPEAL.

Order, Dckt. No. 178 (June 17, 2011) (emphasis added). That Order issued a ruling on a Motion which the Defendants—not Debtor—had filed seeking relief as specified. Motion, Dckt. No. 148 (Apr. 29, 2011). Although the body of that Order correctly referenced the parties throughout, the word "Debtor" was mistakenly inserted for the word "Defendants"

AO 72A
(Rev. 8/82)

in the caption identifying the Motion under consideration. This mistake arose due to oversight. The purpose of this Order is to correct the caption of the June 17, 2011, Order so as to conform the caption of the Order to the substance therein.

IT IS THEREFORE ORDERED that the caption of the June 17, 2011, Memorandum and Order be amended to delete the word "Debtor" and insert the word "Defendants" so that it reads as follows:

**MEMORANDUM AND ORDER
ON DEFENDANTS' AMENDED NOTICE OF APPEAL AND
IN THE ALTERNATIVE MOTION FOR EXTENSION OF TIME
TO FILE APPEAL OR ACCEPT BELATED APPEAL**

The June 17, 2011, Memorandum and Order is recalled and republished in its entirety with this sole amendment. *See* Bankr. R. Civ. P. 9024; Fed. R. Civ. P. 60(a).

_____
Lamar W. Davis, Jr.
United States Bankruptcy Judge

Dated this 21st day of June, 2011.

AO 72A (Rev. 8/82)